FILED
MAY 14 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) 4:24 CR 00169 |
| v. | ) CASE NO._____ |
| TRAMON MITCHELL, | ) Title 18, United States Code, |
| DERRICK NORED, JR., | ) Sections 922(a)(6), 924(a)(2), and 2 |
| Defendants. | ) JUDGE FLEMING |

COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2)

The Grand Jury charges:

On or about April 13, 2023, in the Northern District of Ohio, Eastern Division, Defendant TRAMON MITCHELL, aided, abetted, and counseled by Defendant DERRICK NORED, JR., in connection with the acquisition of a firearm, to-wit: a Canik, model TP9 SA, 9mm caliber pistol, bearing serial number 22AP 03382, from Miller Rod & Gun, 5140 Youngstown Poland Rd, Youngstown, Ohio 44514, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Miller Rod & Gun, which statement was intended and likely to deceive Miller Rod & Gun, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 of Title 18, in that MITCHELL represented that he was the purchaser of the firearm, when in fact, he was

purchasing said firearm for another individual, in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.